No. 861. HARRISON-HALSTED COMMUNITY GROUP, INC., ET AL. v. HOUSING & HOME FINANCE AGENCY ET AL. Motion for leave to file a supplement to the petition for certiorari granted. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. *George W. Overton, Frederic D. Houghteling, F. Raymond Marks, Jr.* and *Donald Page Moore* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas, Louis F. Claiborne* and *Alan S. Rosenthal* for Housing & Home Finance Agency et al., and *William G. Clark*, Attorney General of Illinois, *William C. Wines*, Assistant Attorney General, *James J. Costello, Albert E. Jenner, Jr., John C. Melaniphy* and *Milton P. Webster, Jr.* for Board of Trustees of the University of Illinois et al., respondents.

No. 881. FEDERAL PACIFIC ELECTRIC CO. ET AL. v. CITY OF KANSAS CITY, MISSOURI. Motion of Union Electric Co. for leave to file a brief, as *amicus curiae*, granted. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied. *Ralph M. Jones, Charles B. Blackmar, James C. Wilson* and *Sheridan Morgan* for petitioners. *Keith Wilson, Jr.* for respondent. *Richard C. Coburn* and *Alan C. Kohn* for Union Electric Co., as *amicus curiae*, in opposition.

No. 958. JIMENEZ v. HIXON, U. S. MARSHAL, ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *David W. Walters* and *Eugene Gressman* for petitioner. *Solicitor General Cox, Louis F. Claiborne* and *Irving Jaffe* for Hixon, and *Howard C. Westwood, William H. Allen, W. L. Craig* and *William G. Ward* for Aristeguieta, respondents.